UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA MARRERO, ADMINISTRATRIX FOR THE ESTATE OF ERNESTO MORALES, Plaintiff | : : : | CIVIL ACTION NO. 3:14-cv-00831-WWE |
| vs. | : | |
| CITY OF HARTFORD, ET AL Defendants | : : : | |
| | : | JULY 18, 2019 |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE STIPULATION OF DISMISSAL**

Pursuant to Local Rule 7(b), the Plaintiff, Maria Marrero, Administratrix of the Estate of Ernesto Morales, and the Defendants, City of Hartford, Chief James Rovella, William Cote, Kenneth Medina, Kenneth Labbe, and Robert Iovanna, hereby jointly request an extension of the deadline to file the Stipulation of Dismissal for an additional thirty (30) days from July 24, 2019 to August 23, 2019. The parties represent that there exists good cause for the requested extension. Due to delays beyond the parties' control, the Hartford Probate Court has yet to schedule a hearing on the compromise of this claim, and the additional time requested is being sought in order to allow the plaintiff to secure the requisite Probate Court approval of the settlement reached in this matter.

1

Wherefore, the parties jointly request that the Court grant their Motion for Extension of Time of the deadline to file a Stipulation of Dismissal to and including August 23, 2019.

THE PLAINTIFF:
MARIA MARRERO, ADMINISTRATRIX

BY:/s/ Matthew Paradisi
Matthew Paradisi (Federal Bar No. ct29915)
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Telephone (860) 296-3457
Facsimile (860) 296-0676
Email: mparadisi@cicchielloesq.com

THE DEFENDANTS:
CITY OF HARTFORD and CHIEF JAMES ROVELLA
BY:/s/Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri
Senior Assistant Corporation Counsel
550 Main St, Suite 210, Hartford, CT 06103
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email: feoln001@hartford.gov
Federal Bar No. ct17217

THE DEFENDANTS:
WILLIAM COTE, KENNETH MEDINA,
KENNETH LABBE, and ROBERT IOVANNA

BY /s/ William J. Melley, III, Esq.
William J. Melley Law Offices
250 Hudson Street, Hartford, CT 06106
Telephone No. (860) 247-9933
Fax No. (860) 247-99 44
Email wjmelley@wjmelley.com
Federal Bar No. ct06355

# **CERTIFICATION**

This is to hereby certify that on July 18, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri