UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA MARRERO, ADMINISTRATRIX | : | CIVIL ACTION NO. |
| FOR THE ESTATE OF ERNESTO MORALES, | : | 3:14-cv-00831-WWE |
| Plaintiff | : | |
| vs. | : | |
| CITY OF HARTFORD, ET AL | : | |
| Defendants | : | |
| | : | JULY 31, 2019 |

## **STIPULATION OF DISMISSAL**

The Plaintiff, Maria Marrero, Administratrix of the Estate of Ernesto Morales, and Defendants, City of Hartford, Chief James Rovella, William Cote, Kenneth Medina, Kenneth Labbe, and Robert Iovanna hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims against all named Defendants. Each party shall be responsible for their own costs and fees.

THE PLAINTIFF:
MARIA MARRERO, ADMINISTRATRIX

BY:/s/ Matthew D. Paradisi
Matthew D. Paradisi
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Telephone (860) 296-3457
Facsimile (860) 296-0676
Email: mparadisi@cicchielloesq.com
Fed Bar No. ct29915

THE DEFENDANTS:
WILLIAM COTE, KENNETH MEDINA,
KENNETH LABBE, and ROBERT IOVANNA
BY /s/ William J. Melley
William J. Melley Law Offices
250 Hudson Street, Hartford, CT 06106
Telephone No. (860) 247 -9933
Fax No. (860) 247-99 44
Email wjmelley@wjmelley.com
Federal Bar No. ct06355

THE DEFENDANTS:
CITY OF HARTFORD and CHIEF JAMES ROVELLA
BY:/s/Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri
Fed Bar No. ct17217
Senior Assistant Corporation Counsel
550 Main St, Suite 210, Hartford, CT 06103
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email: feoln001@hartford.gov

**<u>CERTIFICATION</u>**

This is to hereby certify that on July 31, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Nathalie Feola-Guerrieri</u>
Nathalie Feola-Guerrieri